[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-14267

_____

D.C. No. 3:09-cv-01169-TJC-PDB

SCOTT MONACO,
BRIAN NICHOLSON, et al.,

Plaintiffs-Appellants,

versus

CITY OF JACKSONVILLE,
A Florida municipality,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(November 23, 2016)

Before ED CARNES, Chief Judge, ANDERSON, Circuit Judge, and
ROSENBERG,* District Judge.

_____

*Honorable Robin L. Rosenberg, United States District Judge for the Southern District of
Florida, sitting by designation

PER CURIAM:

We have had the benefit of oral argument, and have carefully reviewed the briefs of the parties and relevant parts of the summary judgment record.  We conclude that the judgment of the district court should be affirmed on the basis of the excellent and comprehensive opinion of the district court rendered on September 30, 2014.

AFFIRMED.